Brian D. Sullivan
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
Tel:  (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAZDA MOTOR OF AMERICA, INC. <br><br> Defendant. | **Case No. 3:18-cv-14563-BRM-TJB** <br><br> Motion Day:  December 3, 2018 |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Complaint herein, the accompanying declaration of Kyle Kaczmarek, dated November 8, 2018, and the exhibits thereto, and the accompanying Defendant's Brief in Support of Motion to Dismiss, dated November 8, 2018, defendant Mazda Motor of America, Inc., d/b/a Mazda North American Operations, shall move this Court, before the Honorable Brian R. Martinotti, United States District Judge, on December 3, 2018, or as soon

thereafter as the Court permits, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing the Complaint for lack of standing.

Dated: November 8, 2018

                              Respectfully submitted,

/s/ *Brian D. Sullivan*
Brian D. Sullivan
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
Tel:  (973) 994-7525
Email: bsullivan@foxrothschild.com

John J. Sullivan (*pro hac vice* application to be submitted)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Email: john.sullivan@hoganlovells.com

Ryan L. Ford (*pro hac vice* application to be submitted)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Email: ryan.ford@hoganlovells.com

*Attorneys for Defendant Mazda Motor of America, Inc., d/b/a Mazda North American Operations*