# Exhibit 1

## B. FACILITIES ADDENDUM

The Authorized Location(s) set forth in Paragraph 7 shall be used at all times exclusively for MAZDA Dealership Operations. Dealer agrees to utilize and maintain the Dealer Facility's committed space for The Mazda Dealership Operations as agreed even though such facilities may exceed the minimum space requirements.

### DEALERSHIP COMMITMENT

In addition, Dealer agrees to provide the following minimum facilities at:

Main Location - ███████████████████ NJ
New Vehicles Location - ███████████████████ NJ
Used vehicles Location - ███████████████████ NJ
Parts Location - ███████████████████ NJ
Service Location - ███████████████████ NJ

to be used for the sales and servicing of Mazda Vehicles, and will comply with the current Mazda minimum Facility Policies and Standards for the following:

SALES SHOWROOM AND SALES OFFICE

SERVICE DEPARTMENT

PARTS DEPARTMENT

TOTAL FACILITY

TOTAL FACILITY AND LAND



Mazda ___ Dealer ___ Date ___

Dealership Code: ███
Dealership Name: ███

II

*Perpetual*