Brian D. Sullivan
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
Tel:  (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC.<br><br>Defendant. | **Case No. 3:18-cv-14563-BRM-TJB**<br><br>Motion Day:  December 3, 2018 |

## [PROPOSED] ORDER

THIS MATTER having been brought before the Court by Fox Rothschild LLP, attorneys for Defendant Mazda Motor of America, Inc., d/b/a Mazda North American Operations, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss the Complaint for lack of standing, and the Court having considered the supporting and opposing papers submitted by the parties and the  arguments, if any, and the entire record herein, and good cause being shown,

IT IS on this ___ day of _____ 2018:

ORDERED, that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED, that Plaintiff's Complaint is DISMISSED.

                                                                                                                   _____

The Honorable Brian R. Martinotti
United States District Judge