Brian D. Sullivan
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
Tel: (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAZDA MOTOR OF AMERICA, INC. <br><br> Defendant. | **Case No. 3:18-cv-14563-BRM-TJB** <br><br> Motion Day: December 3, 2018 |

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorney of record for Plaintiff listed below:

1. Defendant's Notice of Motion to Dismiss, dated November 8, 2018;

2. Declaration of Kyle Kaczmarek in Support of Motion to Dismiss, dated November 8, 2018, and the exhibits annexed thereto;

3. Defendant's Brief in Support of Motion to Dismiss, dated November 8, 2018; and

4. [Proposed] Order.

To:  Marvin J. Brauth, Esq.
Willentz, Goldman & Spitzer P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
*Attorneys for Plaintiff*

*/s/ Brian D. Sullivan*
Brian D. Sullivan