

# WILENTZ
## Attorneys at Law

**DANIEL J. KLUSKA**

T: 732.855.6033
F: 732.726.6666
dkluska@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

November 16, 2018

**VIA ELECTRONIC FILING**
William T. Walsh
Clerk of the Court
United States District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

      Re:    *NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC. v. MAZDA MOTOR OF AMERICA, INC.*
             Civil Action No. 3:18-cv-14563-BRM-TJB

Dear Mr. Walsh:

     This office represents plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") in the above-referenced matter. Currently pending before the Court is defendant Mazda Motor of America, Inc.'s ("Mazda") motion to dismiss NJ CAR's complaint returnable on December 3, 2018. This originally noticed motion day has not been previously extended or adjourned. By way of this letter, NJ CAR hereby invokes the automatic extension of Mazda's motion to dismiss pursuant to L. Civ. R. 7.1(d)(5). Accordingly, Mazda's motion to dismiss shall now be returnable on the next available motion date of December 17, 2018.

     Thank you for your attention in this matter.

                                            Very truly yours,

                                            DANIEL J. KLUSKA

cc:    Brian D. Sullivan, Esq. (via e-mail)