WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.
Marvin J. Brauth, Esq.
NJ Attorney ID 018211974

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------X
NEW JERSEY COALITION OF
AUTOMOTIVE RETAILERS,
INC., a non-profit New Jersey
Corporation,

   Plaintiff,

v.

MAZDA MOTOR OF AMERICA,
INC.,

   Defendant.
-----------------------------------------------X

Civil Action No. 3:18-cv-14563
(BRM)(TJB)

Motion Day: December 17, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorney of record for Defendant listed below, and a hard copy of the following documents was sent to the chambers of the Honorable Brian R. Martinotti, U.S.D.J. at the United States District Court for the District of New

#10282121.1

Jersey, 402 East State Street, Trenton, New Jersey 08608, via New Jersey Lawyers Service:

1. Brief on behalf of Plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") in opposition to Defendant Mazda Motor of America, Inc.'s ("Mazda") motion to dismiss;

2. Declaration of James B. Appleton in opposition to Mazda's motion to dismiss, dated November 30, 2018;

3. Declaration of Michael J. Ciasulli in opposition to Mazda's motion to dismiss, dated November 30, 2018; and

4. Declaration of Shelly Irwin Locascio in opposition to Mazda's motion to dismiss, dated December 3, 2018.

To:  Brian D. Sullivan, Esq.
     FOX ROTHSCHILD LLP
     75 Eisenhower Parkway, Suite 200
     Roseland, NJ 07068
     *Attorneys for Defendant*
     *Mazda Motor of America, Inc.*

                                      *s/Marvin J. Brauth*
                                      MARVIN J. BRAUTH

Dated: December 3, 2018