Marvin J. Brauth, Esq.
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------X
NEW JERSEY COALITION OF         :
AUTOMOTIVE RETAILERS,           :     Civil Action No. 3:18-cv-14563
INC., a non-profit New Jersey    :              (BRM)(TJB)
Corporation,                     :
                                 :
        Plaintiff,               :
                                 :     **ORDER**
                                 :
v.                               :
                                 :
MAZDA MOTOR OF AMERICA,          :
INC.,                            :
                                 :
        Defendant.               :
-----------------------------------------------X

**THIS MATTER** having come before the Court upon the application of Wilentz, Goldman & Spitzer, P.A., attorneys for Plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") for an Order granting summary judgment in favor of NJ CAR; and upon written notice to counsel for defendant Mazda Motor of America, Inc. ("Mazda"); and the Court having considered the papers in

#10301215.1

support of and in opposition to this application, if any, and the arguments of counsel; and for good cause shown;

**IT IS** on this ___ day of _____, 2019, ORDERED:

1. NJ CAR's motion for summary judgment is hereby granted;

2. The Mazda Brand Experience Program 2.0 violates the New Jersey Franchise Practices Act on its face;

3. Mazda's implementation of the Mazda Brand Experience Program 2.0 is unlawful; and

4. Mazda is permanently enjoined from implementing the Mazda Brand Experience Program 2.0 in New Jersey.

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.