Marvin J. Brauth, Esq.
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------X
NEW JERSEY COALITION OF             :
AUTOMOTIVE RETAILERS,               :       Civil Action No. 3:18-cv-14563
INC., a non-profit New Jersey       :              (BRM)(TJB)
Corporation,                        :
                                    :
            Plaintiff,              :       Motion Day: January 7, 2019
                                    :
v.                                  :
                                    :
MAZDA MOTOR OF AMERICA,             :
INC.,                               :
                                    :
            Defendant.              :
-----------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorney of record for Defendant listed below, and a courtesy copy of the following documents was sent to the chambers of the Honorable Brian R. Martinotti, U.S.D.J. at the United States District Court for the

#10301331.1

District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, via New Jersey Lawyers Service:

    1.     Notice of Motion for Summary Judgment;

    2.     Brief on behalf of Plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") in support of motion for summary judgment;

    3.     Statement of Undisputed Material Facts; and

    4.     Proposed Order.

To:    Brian D. Sullivan, Esq.
        FOX ROTHSCHILD LLP
        75 Eisenhower Parkway, Suite 200
        Roseland, NJ 07068
        *Attorneys for Defendant*
        *Mazda Motor of America, Inc.*

                                                    *s/Marvin J. Brauth*
                                                    MARVIN J. BRAUTH

Dated: December 14, 2018