Brian D. Sullivan
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960
Tel:  (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAZDA MOTOR OF AMERICA, INC. <br><br> Defendant. | Case No. 3:18-cv-14563-BRM-TJB <br><br> Motion Day:  January 22, 2019 |

### CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2019, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorney of record for Plaintiff listed below:

1. Defendant's Brief in Opposition to Plaintiff's Motion for Summary Judgment, dated January 22, 2019;

2. Declaration of Kyle Kaczmarek in Opposition to Motion for Summary Judgment, dated January 22, 2019;

3. Defendant's Response to Plaintiff's Statement of Undisputed Material Facts, dated January 22, 2019;

4. Defendant's Supplemental Statement of Disputed Material Facts, dated January 22, 2019; and

5. Declaration of John J. Sullivan Pursuant to Fed. R. Civ. P. 56(d), dated January 22, 2019.

TO: Marvin J. Brauth, Esq.
Willentz, Goldman & Spitzer P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
Tel: (732) 855-6084
Email: mbrauth@wilentz.com
Attorneys for Plaintiff

/s/ *Brian D. Sullivan*
Brian D. Sullivan