Marvin J. Brauth, Esq.
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., a non-profit New Jersey Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC.,<br><br>　　　　　Defendant. | Civil Action No. 3:18-cv-14563 (BRM)(TJB)<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL STATEMENT OF DISPUTED MATERIAL FACTS** |

Pursuant to Local Rule 56.1(a), Plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") submits the following response to defendant Mazda Motor of America, Inc.'s ("Mazda") Supplemental Statement of Disputed Material Facts in further support of its motion for summary judgment against Mazda.

#10416644.1

1. NJ CAR denies that the allegations in Paragraph 1 are relevant or material to NJ CAR's motion for summary judgment.

2. NJ CAR denies that the allegations in Paragraph 2 are relevant or material to NJ CAR's motion for summary judgment.

3. NJ CAR denies that the allegations in Paragraph 3 are relevant or material to NJ CAR's motion for summary judgment.

4. NJ CAR denies that the allegations in Paragraph 4 are relevant or material to NJ CAR's motion for summary judgment.

5. NJ CAR denies that the allegations in Paragraph 5 are relevant or material to NJ CAR's motion for summary judgment.

               Respectfully submitted,

               WILENTZ, GOLDMAN & SPITZER, P.A.
               Attorneys for Plaintiff, New Jersey Coalition
               of Automobile Retailers, Inc.

               By: /s/ MARVIN J. BRAUTH
                   MARVIN J. BRAUTH

Dated: February 11, 2019