Marvin J. Brauth, Esq.
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------X

| | | |
|---|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., a non-profit New Jersey Corporation, | : : : : : | Civil Action No. 3:18-cv-14563 (BRM)(TJB) |
| Plaintiff, | : : | |
| v. | : : | |
| MAZDA MOTOR OF AMERICA, INC., | : : : | |
| Defendant. | : | |

-----------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2019, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorney of record for Defendant listed below, and a courtesy copy of the following documents was sent to the chambers of the Honorable Brian R. Martinotti, U.S.D.J. at the United States District Court for the

#10420914.1

District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, via New Jersey Lawyers Service:

1.    Reply Brief on behalf of Plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") in further support of motion for summary judgment; and

2.    Response to Supplemental Statement of Undisputed Material Facts.

To:    Brian D. Sullivan, Esq.
       FOX ROTHSCHILD LLP
       75 Eisenhower Parkway, Suite 200
       Roseland, NJ 07068
       *Attorneys for Defendant*
       *Mazda Motor of America, Inc.*



                    *s/Marvin J. Brauth*
                    MARVIN J. BRAUTH

Dated:  February 11, 2019

#10420914.1