Brian D. Sullivan
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07068
Tel: (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., <br><br>Plaintiff, <br><br>v. <br><br>MAZDA MOTOR OF AMERICA, INC., <br><br>Defendant. | **Case No. 3:18-cv-14563-BRM-TJB** <br><br> Motion Day: September 8, 2020 |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Complaint herein, the accompanying declaration of Kyle Kaczmarek, dated November 7, 2018, and the exhibits thereto, and the accompanying Defendant's Brief in Support of Motion to Dismiss, dated July 31, 2020, defendant Mazda Motor of America, Inc., d/b/a Mazda North American Operations, shall move this Court, before the Honorable Brian R. Martinotti, United States District Judge, on September 8, 2020, or as soon thereafter as the Court permits, for an order dismissing the Complaint (1) pursuant

to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction; or (2) in the alternative, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted.

Dated: July 31, 2020

Respectfully submitted,

/s/ *Brian D. Sullivan*
Brian D. Sullivan
FOX ROTHSCHILD LLP
49 Market St.
Morristown, NJ 07068
Tel:  (973) 994-7525
Email: bsullivan@foxrothschild.com

John J. Sullivan
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Email: john.sullivan@hoganlovells.com

Ryan L. Ford
(admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Email: ryan.ford@hoganlovells.com

*Attorneys for Defendant Mazda Motor of America, Inc., d/b/a Mazda North American Operations*