Brian D. Sullivan
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07068
Tel: (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAZDA MOTOR OF AMERICA, INC. <br><br> Defendant. | **Case No. 3:18-cv-14563-BRM-TJB** <br><br> Motion Day: September 8, 2020 |

### **[PROPOSED] ORDER**

THIS MATTER having been brought before the Court by Fox Rothschild LLP, attorneys for Defendant Mazda Motor of America, Inc., d/b/a Mazda North American Operations, for an Order (1) pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss the Complaint for lack of subject-matter jurisdiction, or in the alternative (2) pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint for failure to state a claim upon which relief can be granted, and the Court having considered the

supporting and opposing papers submitted by the parties and the arguments, if any, and the entire record herein, and good cause being shown,

    IT IS on this ___ day of _____ 2020:

    ORDERED, that Defendant's motion be, and hereby is, GRANTED; and it is further

    ORDERED, that Plaintiff's Complaint is DISMISSED.

                                                       The Honorable Brian R. Martinotti
                                                       United States District Judge