Brian D. Sullivan
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07068
Tel:  (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAZDA MOTOR OF AMERICA, INC. <br><br> Defendant. | **Case No. 3:18-cv-14563-BRM-TJB** <br><br> Motion Day:  September 8, 2020 |

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorney of record for Plaintiff listed below:

1. Defendant's Notice of Motion to Dismiss, dated July 31, 2020;

2. Declaration of Kyle Kaczmarek in Support of Motion to Dismiss, dated November 8, 2018, and the exhibits annexed thereto;

3. Defendant's Brief in Support of Motion to Dismiss, dated July 31, 2020; and

4. [Proposed] Order.

To: Daniel J. Kluska, Esq
Marvin J. Brauth, Esq.
Willentz, Goldman & Spitzer P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*Attorneys for Plaintiff*

                */s/ Brian D. Sullivan*
                Brian D. Sullivan