WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.
Daniel J. Kluska, Esq.
NJ Attorney ID 034252007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------X
NEW JERSEY COALITION OF        :
AUTOMOTIVE RETAILERS,          :     Civil Action No. 3:18-cv-14563
INC., a non-profit New Jersey  :                (BRM)(TJB)
Corporation,                   :
                               :
        Plaintiff,             :     Motion Day: September 8, 2020
                               :
v.                             :
                               :
MAZDA MOTOR OF AMERICA,        :
INC.,                          :
                               :
        Defendant.             :
---------------------------------------------------X

### CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2020, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorneys of record for the Defendant listed below, and a hard copy of the following documents was sent to the chambers of the Honorable Brian

#11631437.1

R. Martinotti, U.S.D.J. at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, via UPS overnight mail:

(1) Brief on behalf of Plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") in opposition to Defendant Mazda Motor of America, Inc.'s ("Mazda") motion to dismiss.

To: Brian D. Sullivan, Esq.
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068

John J. Sullivan, Esq.
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017

Ryan L. Ford, Esq.
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

*Attorneys for Defendant Mazda Motor of America, Inc.,
d/b/a Mazda North American Operations*

_____
DANIEL J. KLUSKA

Dated: August 25, 2020