WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.
Daniel J. Kluska, Esq.
NJ Attorney ID 034252007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------X
NEW JERSEY COALITION OF          :
AUTOMOTIVE RETAILERS,            :     Civil Action No. 3:18-cv-14563
INC., a non-profit New Jersey    :              (BRM)(TJB)
Corporation,                     :
                                 :
        Plaintiff,               :     **ORDER IMPLEMENTING**
                                 :     **CERTIFIED JUDGMENT IN**
v.                               :     **LIEU OF MANDATE**
                                 :
MAZDA MOTOR OF AMERICA,          :
INC.,                            :
                                 :
        Defendant.               :
------------------------------------------------X

**THIS MATTER** having come before the Court by way of the July 6, 2020 filing of the certified judgment issued in lieu of mandate by the United States Court of Appeals for the Third Circuit; and for good cause shown;

**IT IS** on this ___ day of _____, 2020, ORDERED:

#11786200.1

2

1. The Court's Order granting Defendant Mazda Motor of America, Inc.'s ("Defendant") motion to dismiss dated July 30, 2019 is reversed and the case is remanded for further proceedings; and

2. Defendant's motion to dismiss filed on November 8, 2018 is DENIED.

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.