Daniel J. Kluska, Esq.
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------X
NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., a non-profit New Jersey Corporation,

        Plaintiff,

v.

MAZDA MOTOR OF AMERICA, INC.,

        Defendant.
------------------------------------------------X

Civil Action No. 3:18-cv-14563 (BRM)(TJB)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Motion Day: March 1, 2021

ORAL ARGUMENT REQUESTED

**PLEASE TAKE NOTICE** that on March 1, 2021, the undersigned attorneys for Plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") shall move before the Honorable Brian R. Martinotti, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order granting NJ CAR's motion for summary judgment.

#11985323.1

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, NJ CAR shall rely upon the enclosed Brief and Statement of Undisputed Material Facts, which are being filed and served herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument if written opposition to NJ CAR's motion is timely filed and served, and that a proposed form of Order is submitted herewith.

                  WILENTZ, GOLDMAN & SPITZER, P.A.
                  Attorneys for Plaintiff, New Jersey Coalition
                  of Automobile Retailers, Inc.

                  By: */s/ Daniel J. Kluska*
                         DANIEL J. KLUSKA

Dated: February 3, 2021