Daniel J. Kluska, Esq.
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Plaintiff New Jersey
Coalition Of Automobile Retailers, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ------------------------------------------------X | |
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC., a non-profit New Jersey Corporation, | Civil Action No. 3:18-cv-14563 (BRM)(TJB) |
| Plaintiff, | Motion Day: March 1, 2021 |
| v. | |
| MAZDA MOTOR OF AMERICA, INC., | |
| Defendant. | |
| ------------------------------------------------X | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorney of record for Defendant listed below:

1.   Notice of Motion for Summary Judgment;

#11985343.1

2. Brief on behalf of Plaintiff New Jersey Coalition of Automotive Retailers, Inc. ("NJ CAR") in support of motion for summary judgment;

3. Statement of Undisputed Material Facts; and

4. Proposed Order.

To: Brian D. Sullivan, Esq.
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
*Attorneys for Defendant*
*Mazda Motor of America, Inc.*

                                                */s/ Daniel J. Kluska*
                                                DANIEL J. KLUSKA

Dated: February 3, 2021