UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC.,<br><br>Defendant. | Case No. 3:18-cv-14563-ZNQ-TJB<br><br>**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT** |

Pursuant to Local Civil Rule 7.1.1, Defendant Mazda Motor of America, Inc., d/b/a Mazda North American Operations states that it is unaware of any person or entity that is not a party providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for: (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated:  July 29, 2021

        Respectfully submitted

        HOGAN LOVELLS US LLP
        <u>/s/ *Jessica K. Jacobs*</u>
        Stephen A. Loney, Jr. (No. 005172006)
        Jessica K. Jacobs (No. 038002011)
        1735 Market Street, 23rd Floor
        Philadelphia, PA 19103
        Tel: (267) 675-4600
        stephen.loney@hoganlovells.com
        jessica.jacobs@hoganlovells.com

        John J. Sullivan (admitted *pro hac vice*)
        390 Madison Avenue
        New York, NY 10017
        Tel: (212) 918-3000
        john.sullivan@hoganlovells.com

        *Attorneys for Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations*

## **CERTIFICATE OF SERVICE**

I, Jessica K. Jacobs, hereby certify that on July 29, 2021, the foregoing Local Rule 7.1.1 Disclosure Statement was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

                                                      */s/ Jessica K. Jacobs*
                                                      Jessica K. Jacobs